UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIMINAL NO. |
| Plaintiff, | ) | VIOLATIONS: |
| v. | ) | 21 U.S.C. § 963 i/c/w |
| | ) | 21 U.S.C. §§ 959 and 960 |
| **RENE OSWALD COBAR,** | ) | (Conspiracy to Distribute |
| **LUIS ANGEL GONZALEZ-LARGO** | ) | Five Kilograms or More of Cocaine |
| a/k/a "Lucho," and | ) | Intending and Knowing that the |
| **VICTOR MANUEL CRUZ-GARCIA** | ) | Cocaine Would Be Unlawfully |
| a/k/a "Flaco," | ) | Imported into the United States) |
| Defendants. | ) | 18 U.S.C. § 2 |
| | ) | (Aiding and Abetting) |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**

Beginning on or about September 26, 2003 and continuing up to and including April 13, 2004, in Guatemala, Nicaragua, and elsewhere, the defendants

**RENE OSWALD COBAR,
LUIS ANGEL GONZALEZ-LARGO
a/k/a "Lucho," and
VICTOR MANUEL CRUZ-GARCIA
a/k/a "Flaco,"**

did, knowingly, intentionally, combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury, including co-conspirators not indicted herein, to commit the following offenses against the United States: to distribute five (5) kilograms or more

of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, intending or knowing that it would be unlawfully imported into the United States from Guatemala, Nicaragua, and from elsewhere outside of the United States, in violation of Title 21, United States Code, Sections 959 and 960.

All in violation of Title 21, United States Code, Section 963; in conjunction with Title 21, United States Code, Sections 959(a)(1) and 960, and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
FOREPERSON

THOMAS PADDEN
Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

By: _____
John M. Gillies
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
1400 New York Avenue, N.W.
Suite 8000
Washington, DC 20005
202-307-2354 (telephone)
202-514-0483 (fax)