# WARRANT FOR ARREST

CO-180 (Rev. 3/93)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: 05-451-6 | MAGIS. NO: |
|---|---|---|
| v. Rene Oswalo Cobar, et al. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Luis Angel Gonzalez-Largo | FILED APR 20 2006 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

| DOB: | PDID: | | |
|---|---|---|---|
| WARRANT ISSUED ON THE BASIS OF: | | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy to Distribute Five (5) Kilograms or More of Cocaine with the Intent and Knowledge that the Cocaine Would Be Unlawfully Imported into the United States

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION:
21 U.S.C. § 963 i/c/w 21 U.S.C. §§ 959 & 960, and
18 U.S.C. § 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: | SIGNATURE (JUDGE/MAGISTRATE JUDGE): [signature] | DATE ISSUED: 12/20/05 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: [signature] | DATE: DEC 20 2005 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED: 12-20-05 | NAME AND TITLE OF ARRESTING OFFICER: Sean McLeod SDUSM | SIGNATURE OF ARRESTING OFFICER: [signature] |
|---|---|---|
| DATE EXECUTED: 4-20-06 | | |