UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                      Cr. 05-451

LUIS ANGEL GONZALEZ-LARGO

NOTICE OF APPEARANCE

Please enter my appearance as CJA counsel for Mr. Gonzalez Largo having been appointed by the Court April 21, 2006.

/s/
_____
H. Heather Shaner  # 273276
1702 S Sr. N.W.
Washington, D.C. 20009
Tel. 202  265 8210