THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                    Cr. 05-451-02 (R. Lamberth)

LUIS ANGEL GONZALES-LARGO

## MOTION TO ADOPT AND CONFORM DEFENDANT COBARS' MOTION TO DISMISS INDICTMENT FOR LACK OF VENUE

Defendant Gonzales-Largo, through counsel respectfully moves this Court to allow him to Adopt and Conform defendant Rene Oswald Cobar's Motion to Dismiss the Indictment for lack of Venue.

The facts are the same as relate to each defendant. It is in the interest of justice and judicial efficiency that the defendant be permitted to adopt and conform codefendant Cobars' Motion to Dismiss for Lack of Venue.

WHEREFORE the defendant respectfully requests the Court permit him to Adopt and Conform the Motion filed by co defendant Rene Cobar.

Respectfully Submitted,

/s/

H. Heather Shaner #273276
1702 S Street N.W.
Washington, D.C. 20009
Tel. 202 265 8210

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                        Cr. 05-451-02

LUIS ANGEL GONZALES-LARGO

## ORDER

The Court hereby grants defendant Gonzales-Largo's Motion to Adopt and Conform the Motion to Dismiss the Indictment for Lack of Venue filed by codefendant Cobar.

So Ordered this _____ of September 2006.

_____
Judge Royce Lamberth
United States District Court
for the District of Columbia