UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**RENE OSWALD COBAR, et al.** | Crim. No. 05-451-01 (RCL) |

### DEFENDANT COBAR AND GONZALES-LARGO'S RESPONSE TO GOVERNMENT'S MOTION TO EXTEND STAY TO AND INCLUDING DECEMBER 13, 2006

Defendants Cobar and Gonzales-Largo do not oppose the government's request for a two-week extension of the Court's stay in this case. We do, however, object to any subsequent requests by the government to extend the Court's stay.

Respectfully submitted,

_____/s/_____
James L. Lyons  (50690)
Kellogg, Williams & Lyons
1925 K Street, N.W., Suite 200
Washington, D.C.  20006
(202) 496-0722

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of November 2006, a copy of the foregoing pleading was filed electronically with the Court, automatically generating electronic service upon counsel of record.

_____/s/_____
James L. Lyons