UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| v.  ) | CR. NO. 1:05-CR-451 |
| ) | |
| **RENE OSWALD COBAR  &**  ) | |
| ) | |
| **LUIS ANGEL GONZALES-LARGO**  ) | |
| ) | |
| **Defendant.**  ) | |

## GOVERNMENT'S INFORMATIVE MOTION

**COMES NOW** the United States of America, by and through the undersigned attorney, and hereby informs this Court that, on December 13, 2006, the Government filed a criminal complaint in the District of Nevada charging Rene Oswald Cobar and Luis Angel Gonzales-Largo with conspiracy to distribute cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 846.  Attach. 1.  Arrest warrants for both defendants were issued that same day.  Attach. 2.  The criminal complaint and arrest warrants were transmitted to the United States Marshal's Service in the District for the District of Columbia on December 13, 2006.

Respectfully submitted,

Kenneth A. Blanco, Chief
Narcotic and Dangerous Drug Section

Paul Laymon
Assistant Deputy Chief

_____
Teresa A. Wallbaum
Appellate Counsel
U.S. Department of Justice, Criminal Division
Narcotic and Dangerous Drug Section
December 13, 2006                                    (202) 616-5193

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 13th day of December, 2006, a copy of the foregoing Government's Informative Motion was filed electronically with the Court, automatically generating electronic service upon counsel of record.

_____
Teresa A. Wallbaum