AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

LUIS ANGEL GONZALEZ-LARGO aka "Lucho"

**WARRANT FOR ARREST**

Case Number: 2:06-mj-00800-LRL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  LUIS ANGEL GONZALEZ-LARGO aka "Lucho"

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

I attest and certify on 12-13-06 that this is a full true and correct copy of the original document.

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE

LAWRENCE R. LEAVITT
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

By _____ Deputy
   848                Secretary

in violation of Title 21 United States Code, Section(s) 846

| LAWRENCE R. LEAVITT | LAWRENCE R. LEAVITT |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | 12/13/06 @ Las Vegas, Nevada |
| Title of Issuing Officer | Date and Location |

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of NEVADA

UNITED STATES OF AMERICA

V.

RENE OSWALD COBAR

**WARRANT FOR ARREST**

Case Number: 2:06-mj-00800-LRL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    RENE OSWALD COBAR
                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Violation Petition   ☐ Violation Notice

I attest and certify on 12-13-06 that this is a full true and correct copy of the original document.

LAWRENCE R. LEAVITT
U.S. MAGISTRATE JUDGE
DISTRICT OF NEVADA

By _____ Deputy / Secretary

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE

in violation of Title  21  United States Code, Section(s)  846

| LAWRENCE R. LEAVITT | LAWRENCE R. LEAVITT |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| UNITED STATES MAGISTRATE JUDGE | 12/13/06  Las Vegas, Nevada |
| Title of Issuing Officer | Date and Location |

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |